UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROYAL PARTY CORP., a California corporation, dba KELLY ZHANG STUDIO;** | **CASE NO. SACV 14-0174 AG (RNBx)** |
| **Plaintiff,** | **FINAL JUDGMENT** |
| v. | |
| **MARIE TRAN, an individual; LUNA BELLA BEAUTY, an entity of unknown form; and DOES 1-25, inclusive,** | |
| **Defendants.** | |

Under the Court's September 30, 2014, Order Granting Motion for Default Judgment ("Order") (Dkt. No. 17), it is hereby ORDERED that final judgment in this matter is entered in favor of Plaintiff Royal Party Corp., a California corporation, dba Kelly Zhang Studio and against Defendants Marie Tran and Luna Bella Beauty in the amount of $10,800 plus costs.

Defendants are ENJOINED from the unauthorized use of Plaintiff's copyrighted works and ORDERED to destroy all copies of Plaintiff's photographs in Defendant's possession, custody,

1 | or control, including those on the Internet or any online media distribution system.

3 | IT IS SO ORDERED.

DATED: September 30, 2014

_____
Andrew J. Guilford
United States District Judge